AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 24, 2023**

SEAN F. McAVOY, CLERK

BILLY EDWARD TOYCEN,

_____
*Plaintiff*
v.
YAKIMA COUNTY DISTRICT COURT,
YAKIMA COUNTY SUPERIOR COURT, and
U.S. DISTRICT COURT,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   1:23-cv-3086-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   This action is DISMISSED WITHOUT PREJUDICE pursuant to LCivR 41(b)(2).

This action was *(check one)*:

❐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Mary K. Dimke   _____

Date:   8/24/2023   _____

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz   _____
*(By) Deputy Clerk*

Nicole Cruz   _____